ORIGINAL

JUDGE SULLIVAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :    INDICTMENT
                                 :
        - v. -                   :    17 Cr.
                                 :
DANIEL SHERLOCK,                 :    17 CRIM 597
                                 :
        Defendant.               :
                                 :
- - - - - - - - - - - - - - - - X

#### COUNT ONE

The Grand Jury charges:

1. From at least in or about April 2017, up to and including in or about June 2017, in the Southern District of New York and elsewhere, DANIEL SHERLOCK, the defendant, knowingly did possess and access with intent to view, and attempt to possess and access with intent to view, a book, magazine, periodical, film, videotape, computer disk, and other material containing an image of child pornography that had been mailed, shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit,



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 28 2017

SHERLOCK possessed child pornography on a computer at his place of employment in New York, New York.

(Title 18, United States Code, Sections 2252A(a)(5)(B), 2252A (b)(2) and 2.)

## FORFEITURE ALLEGATION

2. As a result of committing the offense alleged in Count One of this Indictment, DANIEL SHERLOCK, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all property, real and personal, constituting or traceable to gross profits or other proceeds obtained from said offense and any and all property, real or personal, used or intended to be used to commit or promote the commission of said offense or traceable to such property, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

### Substitute Asset Provision

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

    (Title 18, United States Code, Section 2253;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

_____  
FOREPERSON

_____  
JOON H. KIM  
Acting United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

DANIEL SHERLOCK,

Defendant.

INDICTMENT

17 Cr.

(18 U.S.C. §§ 2252A(a)(5)(B), 2252A
(b)(2) and 2.)

JOON H. KIM
Acting United States Attorney

*[signature]*
Foreperson

9/28/17 Filed Indictment  Case assigned to J. Sullivan

cc: USAO