# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 9, 2019

By ECF
Hon. Richard J. Sullivan
Judge, United States Court of Appeals
  for the Second Circuit
40 Foley Square
New York, New York 10007

Re: United States v. Sherlock, 17 Cr. 597 (RJS)

Hon. Judge Sullivan:

With consent of the government I write to request a 30 day adjournment of Mr. Sherlock's sentencing. Instead of sentencing Mr. Sherlock on January 28, 2019, we ask that the Court sentence him in early March. My office needs additional time to properly prepare for sentence.

Thank you for your time and consideration of this request.

Respectfully submitted,

/s/
Sabrina P. Shroff
Assistant Federal Defender

cc: All counsel by ecf
    John Moscato, Pretrial Services (email)
    Daniel & Lynne Sherlock (email)

IT IS HEREBY ORDERED THAT the sentencing scheduled for Monday, January 28, 2019 is adjourned to Monday, March 4, 2019 at 10:00 a.m. Defendant shall file his sentencing submission no later than February 19, 2019, and the government shall file its sentencing submission no later than February 25, 2019.

SO ORDERED
Dated: 1/9/19

RICHARD J. SULLIVAN
U.S.D.J.