UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>DANIEL SHERLOCK,<br><br>                              Defendant. | No. 17-cr-597 (RJS)<br><u>ORDER</u> |

RICHARD J. SULLIVAN, Circuit Judge:

On June 25, 2020, the Second Circuit remanded this case to the Court so that it may "clarify the basis for imposing the $5,000 special assessment" on Defendant under the Justice for Victims of Trafficking Act, 18 U.S.C. § 3014(a).  (Doc. No. 108 at 1.)  In particular, the Second Circuit directed the Court to "make specific findings regarding the [D]efendant's indigence" and, if the Court determines that Defendant is in fact indigent, to "vacate the judgment only insofar as it contains the $5,000 special assessment."  (*Id.*)  Accordingly, IT IS HEREBY ORDERED THAT Defendant shall submit a letter by July 15, 2020, setting for his position on whether he is indigent and thereby exempt from the statutory special assessment.  IT IS FURTHER ORDERED THAT the government shall submit a response to Defendant's letter by July 29, 2020.

SO ORDERED.

Dated:       June 29, 2020
             New York, New York

                                          _____
                                          RICHARD J. SULLIVAN
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation