UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

DANIEL SHERLOCK,

              Defendant.

No. 17-cr-597 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    On June 29, 2020, the Court ordered the parties to submit letters setting forth their positions on whether the Defendant is indigent and thus exempt from the $5,000 special assessment under the Justice for Victims of Trafficking Act, 18 U.S.C. § 3014(a).  (Doc. No. 109.)  The Defendant submitted his letter on July 15, 2020 (Doc. No. 110), and the government submitted its letter on July 25, 2020 (Doc. No. 111).  IT IS HEREBY ORDERED THAT the Defendant may submit a reply to the government's letter by no later than July 31, 2020.  IT IS FURTHER ORDERED THAT the parties shall submit a joint letter by no later than August 3, 2020, proposing dates on which to hold the Defendant's resentencing.  In that letter, the Defendant should apprise the Court of whether, after consultation with his counsel, and in light of the COVID-19 pandemic, he wishes to proceed in person or by videoconference or, if videoconference is not reasonably available, by telephone.

SO ORDERED.

Dated:       July 27, 2020
                New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation