UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

DANIEL SHERLOCK,

                Defendant.

No. 17-cr-597 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

      The Court is in receipt of a *pro se* letter from Defendant Daniel Sherlock, requesting that counsel be appointed to assist him in preparing a motion for compassionate release. (Doc. No. 119.) Accordingly, IT IS HEREBY ORDERED THAT Sabrina Shroff, who is presently representing Sherlock in connection with his pending resentencing (*see, e.g.*, Doc. No. 110), is also appointed as counsel pursuant to 18 U.S.C. § 3006A to represent Sherlock for the purpose of assisting him in filing a motion for compassionate release. The Clerk of Court is respectfully directed to mail a copy of this order to Sherlock.

SO ORDERED.

Dated:    November 24, 2020
             New York, New York

                                    RICHARD J. SULLIVAN
                                    UNITED STATES CIRCUIT JUDGE
                                    Sitting by Designation