UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

DANIEL SHERLOCK,

                Defendant.

No. 17-cr-597 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    On November 30, 2020, Defendant Daniel Sherlock filed a motion seeking compassionate release under 18 U.S.C. § 3582(c)(1)(A). (Doc. No. 121.) IT IS HEREBY ORDERED THAT the government shall file a response by December 7, 2020, setting forth its position on Sherlock's request.

SO ORDERED.

Dated:    December 1, 2020
              New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation