

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 9, 2022

**BY ECF AND EMAIL**

The Honorable Richard J. Sullivan
United States Circuit Judge
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

> Defense counsel's motion is granted.  IT IS HEREBY ORDERED THAT Defendant's sentencing, which is currently scheduled for February 15, 2022, will instead take place on Wednesday, April 20, 2022 at 10:00 a.m. in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007. Members of the public may monitor the proceeding either in-person in Courtroom 21C or via the Court's free audio-line by dialing 1-888-363-4749 and using access code 3290725#.
>
> SO ORDERED:
> Dated: 2/9/2022    RICHARD J. SULLIVAN
>                   U.S.C.J., Sitting by Designation

  Re: **United States v. Daniel Sherlock,**
     **17 Cr. 597 (RJS)**

Dear Judge Sullivan:

  The Government writes to respectfully request a 60-day adjournment of the defendant's sentencing, scheduled for February 15, 2022. Yesterday, the United States Probation Office filed a status report in the defendant's case, indicating that the defendant remains hospitalized at the Pilgrim Psychiatric Center (PPC), but may be discharged to PPC's community-based living program in the future. The Government respectfully requests that sentencing be adjourned until the defendant is no longer hospitalized at PPC. Defense counsel consents to the proposed adjournment of sentencing in this matter.

            Respectfully submitted,

            DAMIAN WILLIAMS
            United States Attorney

      By: _____
         Alexandra N. Rothman
         Louis A. Pellegrino
         Assistant United States Attorneys
         (212) 637-2580/2617

cc: Sabrina Shroff, Esq. (By ECF/Email)

Rev. 07.20.2016