**SABRINA P. SHROFF**
ATTORNEY AT LAW

80 BROAD STREET, 19TH FLOOR
NEW YORK, NEW YORK 10007
TELEPHONE: (646) 763-1490

July 11, 2022

**ECF**

Honorable Richard J. Sullivan
United States Court of Appeals
 for the Second Circuit
40 Foley Square
New York, NY 10007-1312

Re:   **United States v. Sherlock**, 17 Cr. 597 (RJS)

---

> Defense counsel's motion is GRANTED. IT IS HEREBY ORDERED THAT Defendant's re-sentencing, currently scheduled for July 20, 2022, at 10:00 a.m., will instead take place on August 26, 2022, at 10:00 a.m., in Courtroom 21C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. Defendant shall submit his supplemental submissions by August 5, 2022, and the government shall respond to Defendant's supplemental submissions by August 12, 2022. No further adjournment will be granted absent truly compelling circumstances.
>
> SO ORDERED.
> July 12, 2022          RICHARD J. SULLIVAN
>                        U.S.C.J., Sitting by Designation

---

Dear Judge Sullivan:

For the reasons stated below, I write to seek a 4-week adjournment of the July 20, 2022, re-sentencing of Mr. Daniel Sherlock. The Department of Probation and the United States Attorney's Office consent to this request.

I have been at trial since June 13, 2022 (the jury now has the case), and have been unable to meet with Mr. Sherlock or prepare for a sentencing hearing. Mr. Sherlock is still living at the Pilgrim Psychiatric Center, Building 72, located at 998 Crooked Hill Road, Brentwood, New York, a facility associated with the State Psychiatric Center. He is not employed, in therapy and supervised by the Department of Probation. He is compliant with the conditions of his supervised release.

For these reasons, I write to request a 30-day adjournment of his July 20, 2022 appearance.

I thank the Court for its continued time and attention to this matter.

Respectfully submitted,

/s/ Sabrina P. Shroff
Counsel to Daniel Sherlock

cc: Department of Probation (via ecf)
    Lynn Sherlock (via email)