**SABRINA P. SHROFF**
ATTORNEY AT LAW

80 BROAD STREET
NEW YORK, NEW YORK 10007
TELEPHONE: (646) 763-1490

December 16, 2022

**BY ECF**
Honorable Richard J. Sullivan
United States Court of Appeals
 for the Second Circuit
40 Foley Square
New York, NY 10007-1312

```
Defense counsel's request is GRANTED. IT IS HEREBY
ORDERED THAT defense counsel shall reply to the
government's November 18, 2022 letter (Doc. No.
149) by January 20, 2023.

SO ORDERED                _____
December 19, 2022         RICHARD J. SULLIVAN
                          United States Circuit Judge
                          Sitting by Designation
```

Re:   <u>United States v. Sherlock</u>, 17 Cr. 597 (RJS)

Dear Judge Sullivan:

    I write to request an additional 30 days to submit Mr. Sherlock's reply papers in support t of his request that the not impose a $5,000 assessment upon him per 18 U.S.C. § 3014(a). Dr. Cohen who is providing a report to the court needs additional time, and I have been out sick with the flu the last week.

    Thank you for your time and consideration of this request.

Respectfully submitted,

/s/ Sabrina P. Shroff
Counsel to Daniel Sherlock

cc: All Counsel (by ECF)