UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>DANIEL SHERLOCK,<br><br>                    Defendant. | No. 17-cr-597 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

  The Court is in receipt of a letter from Defendant Daniel Sherlock (1) informing the Court that he appealed from the Social Security Administration's (the "SSA") initial denial of his application for supplemental security income ("SSI") to the Appeals Council; and (2) requesting leave to submit further updates to the Court regarding his appeal.  (Doc. No. 154.)  Because the Court finds that the status of Sherlock's SSI application is relevant to the Court's determination of Sherlock's ability to pay a $5,000 special assessment under the Justice for Victims of Trafficking Act ("JVTA"), 18 U.S.C. § 3014, and the Appeals Council's resolution of Sherlock's appeal may result in a "final decision" of his SSI application under 42 U.S.C. § 405(g), IT IS HEREBY ORDERED THAT Sherlock shall provide an update to the Court as to the status of Sherlock's SSI appeal no later than April 7, 2023.  If there are any significant developments that pertain to Sherlock's SSI appeal before April 7, 2023, Sherlock shall promptly notify the Court.  The Clerk of Court is respectfully directed to terminate the motion pending at Document No. 154.

  SO ORDERED.

Dated:  March 6, 2023
     New York, New York

                        RICHARD J. SULLIVAN
                        UNITED STATES CIRCUIT JUDGE
                        Sitting by Designation