**Sabrina P. Shroff**  80 BROAD STREET
ATTORNEY AT LAW  NEW YORK, NEW YORK 10007
TELEPHONE: (646) 763-1490

April 18, 2023

**ECF**
Honorable Richard J. Sullivan
United States Court of Appeals
  for the Second Circuit
40 Foley Square
New York, NY 10007-1312

Re:  **United States v. Sherlock**, 17 Cr. 597 (RJS)

Dear Judge Sullivan:

    I write to inform the Court that the Social Security Administration has not yet issued a decision on Mr. Sherlock's appeal of the initial denial of his SSI benefits. The SSI conducted a medical examination of Mr. Sherlock on February 28, 2023, but we have no further information as to when the decision will issue. To the extent the Court considers the results of the appeal relevant to its decision on the issues before the Court, we ask the Court to allow us to submit a further update by June 28, 2023.

    Thank you for your time and consideration of this request.

Respectfully submitted,

/s/ Sabrina P. Shroff
Counsel to Daniel Sherlock

cc: All Counsel (by ECF)
   Lynne Sherlock (via email)

```
Defense counsel's request is GRANTED.  IT IS HEREBY ORDERED
THAT defense counsel shall provide a further update as to
the status of Mr. Sherlock's SSI appeal by June 28, 2023.



SO ORDERED        _____
April 19, 2023    RICHARD J. SULLIVAN
                  United States Circuit Judge
                  Sitting by Designation
```