UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | 17 Cr. 597 |
| v. | ORDER |
| DANIEL SHERLOCK, | |

WHEREAS the Government has requested that the Court order the United States Social Security Administration (the "SSA") to disclose Defendant Daniel Sherlock's social security and medical records in connection with the Court's determination of Sherlock's ability to pay a $5,000 special assessment under the Justice for Victims of Trafficking Act ("JVTA"), 18 U.S.C. § 3014;

WHEREAS defense counsel does not object to this request;

IT IS HEREBY ORDERED that the SSA shall promptly furnish to the Government and defense counsel certified copies of the complete medical records and all benefit applications, appeals documents, questionnaires, doctor reports, determinations, and award or denial notices in its possession pertaining to Defendant Daniel Sherlock.

IT IS FURTHER ORDERED that the Government and defense counsel shall limit the distribution and disclosure of any materials produced in response to this order to the Government's counsel, defense counsel, federal investigative agencies and agents directly involved in this matter, the United States Probation Office, and the Court; and that the SSA and its agents and employees involved in complying with this order shall not be subject to penalties under 5 U.S.C. § 552a(b).

Dated:   July 27, 2023
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation