UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

   -v-

DANIEL SHERLOCK,

              Defendant.

No. 17-cr-597 (RJS)
<u>ORDER</u>

<u>RICHARD J. SULLIVAN</u>, Circuit Judge:

  By Order dated July 27, 2023, the Court authorized the United States Social Security Administration to disclose to the government and defense counsel "certified copies of the complete medical records and all benefit applications, appeals documents, questionnaires, doctor reports, determinations, and award or denial notices in its possession pertaining to Defendant Daniel Sherlock." (Doc. No. 161.)  IT IS HEREBY ORDERED THAT, no later than August 18, 2023, the government shall provide an update regarding the anticipated timing of these disclosures.

SO ORDERED.

Dated:  August 11, 2023
     New York, New York

                     RICHARD J. SULLIVAN
                     UNITED STATES CIRCUIT JUDGE
                     Sitting by Designation