UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

DANIEL SHERLOCK,

Defendant.

No. 17-cr-597 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of the government's September 20, 2023 letter, which attaches materials received from the United States Social Security Administration that pertain to Defendant Daniel Sherlock's pending resentencing. In light of the personally identifiable and private medical information contained in these materials, the Court concludes that the presumption in favor of open records has been outweighed by Defendant's privacy interests. *See United States v. Amodeo*, 71 F.3d 1044, 1048–51 (2d Cir. 1995). Accordingly, IT IS HEREBY ORDERED THAT the aforementioned materials shall be filed under seal.

IT IS FURTHER ORDERED THAT the parties shall file any further submissions regarding Defendant's ability to pay his special assessment by October 23, 2023.

The Clerk of Court is respectfully directed to terminate the motion pending at Doc. No. 166.

SO ORDERED.

Dated:  September 21, 2023
        New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation