UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

   -v-

DANIEL SHERLOCK,

                Defendant.

No. 17-cr-597 (RJS)
ORDER

---

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of the attached *ex parte* email from defense counsel, received on October 23, 2023 at 11:58 p.m., requesting thirty days to respond to the government's supplemental submission regarding Defendant's ability to pay his special assessment (*see* Doc. Nos. 168, 169).  Notably, counsel did not provide any explanation as to why an *ex parte* email – as opposed to a letter with copies simultaneously delivered to all counsel, as is required by my Individual Rules and Practices, *see* Individual Rules and Practices 1.A, C – was necessary.  Nor did counsel provide any justification for the timing of this last-minute request, despite having more than a month to prepare Defendant's supplemental submission (*see* Doc. No. 167), which was to be filed independent of, and not in response to, the government's submission (*see* Doc. No. 166).

Nonetheless, in light of counsel's trial schedule, IT IS HEREBY ORDERED THAT Defendant shall submit his response to the government's supplemental submission by November 27, 2023.  No further extensions will be granted.

SO ORDERED.

Dated:      October 25, 2023
               New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

| | |
|---|---|
| **From:** | sabrina shroff |
| **To:** | CA02db RJSChambers |
| **Subject:** | Fwd: Activity in Case 1:17-cr-00597-RJS USA v. Sherlock Letter |
| **Date:** | Monday, October 23, 2023 11:58:48 PM |

<mark>**CAUTION - EXTERNAL:**</mark>

Dear chambers of Hon. Sullivan

A minute ago, at 11:55 PM, Ausa Rothman, filed the letter on the above case. I am scheduled to pick up a jury tomorrow on an 2-defendant case before Judge Caproni. The case United States versus Glen , Ronald Davis, 21, CR 603 (VEC).

I respectfully request 30 days to reply to this letter.

Respectfully,

Sabrina Shroff
Trial Attorney
646-763-1490

---------- Forwarded message ---------
From: <NYSD_ECF_Pool@nysd.uscourts.gov>
Date: Mon, Oct 23, 2023 at 11:54 PM
Subject: Activity in Case 1:17-cr-00597-RJS USA v. Sherlock Letter
To: <CourtMail@nysd.uscourts.gov>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Southern District of New York**

## Notice of Electronic Filing

The following transaction was entered by Rothman, Alexandra on 10/23/2023 at 11:53 PM EDT and filed on 10/23/2023

| | |
|---|---|
| **Case Name:** | USA v. Sherlock |
| **Case Number:** | 1:17-cr-00597-RJS |
| **Filer:** | USA |

**Document Number:** 168

**Docket Text:**
**LETTER by USA as to Daniel Sherlock addressed to Judge Richard J. Sullivan from Alexandra Rothman dated October 23, 2023 re: JVTA Assessment Document filed by USA. (Rothman, Alexandra)**


**1:17-cr-00597-RJS-1 Notice has been electronically mailed to:**

Alexandra Rothman &nbsp &nbsp Alexandra.Rothman@usdoj.gov, CaseView.ECF@usdoj.gov, USANYS.ECF@USDOJ.GOV

Louis Anthony AUSA_Pellegrino &nbsp &nbsp louis.pellegrino@usdoj.gov, CaseView.ECF@usdoj.gov, usanys.ecf@usdoj.gov

Sabrina P. Shroff &nbsp &nbsp sabrinashroff@gmail.com

**1:17-cr-00597-RJS-1 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

 **Document description:**Main Document
 **Original filename:**n/a
 **Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=10/23/2023] [FileNumber=30288627 -0] [28e09373d8601bcaf9ff55a09d90a39df54292fab5c5fe753ed72c09bd47b0889 226a12e4e95edcc169089d364de6960917043c6231a1692737ed7aec1a88f7c]]

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.